**UNITED STATES BANKRUPTCY COURT**

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

---

In Re: Jonathan M. Yazel         Case No.: 09–11628–JMD
     Debtor

                              Chapter: 7

---

**ORDER GRANTING MOTION FOR RELIEF
REQUIRING TRUSTEE TO TAKE ACTION REGARDING ABANDONMENT**

A motion for relief from the automatic stay was filed by Mortgage Electronic Registration Systems (Ct. Doc. No. 22) ("the Motion") pursuant to 11 U.S.C. § 362(d) in this Chapter 7 case. The Motion was duly noticed upon all parties concerned with the matter to which said Motion pertains. No objection nor responsive pleading in opposition to the Motion was filed by the scheduled answer date. Accordingly it is hereby ORDERED:

1. The Motion is GRANTED.

2. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), this order granting relief is stayed for ten days.

3. The trustee in this case shall file a statement indicating whether the trustee intends to abandon or not to abandon the property subject to the above–referenced motion for relief from automatic stay within ten days from the date of this order. If the trustee elects to abandon the property, the trustee shall give notice under Local Bankruptcy Rule 6007–1. If the trustee elects not to abandon, the trustee shall report the course of action to the U.S. Trustee.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which the Court has jurisdiction of the subject matter and the parties.

Dated: 9/17/09

                                            /s/ J. Michael Deasy
                                            J. Michael Deasy
                                            Bankruptcy Judge